IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ROBYN A. MITCHELL,<br><br>Defendant. | 9:20-PO 5052-KLD<br><br>Violation: 9408177<br>Location Code: NBRM<br><br><br>ORDER TO DISMISS |
|---|---|

Based upon the United States' motion, and good cause appearing,

IT IS HEREBY ORDERED that the citation in the above-entitled case is dismissed and all future court dates are vacated.

Dated this 31st day of August, 2021.

Kathleen L. DeSoto
United States Magistrate Judge

1